Michael D. Rounds
Nevada Bar No. 4734
Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mrounds@bhfs.com
azorio@bhfs.com

*Attorneys for Defendant*
*Stephen Campbell*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SCIARA,<br>Plaintiff,<br>v.<br>STEPHEN CAMPBELL,<br>Defendant. | CASE NO.: 2:18-cv-01700-RBF-CWH<br>**DECLARATION OF STEPHEN CAMPBELL IN SUPPORT OF MOTION TO DISMISS** |

I, Stephen Campbell, do hereby declare and state:

1. I am the Defendant in the above-captioned litigation. I have personal knowledge of the facts contained within this declaration and, if called as a witness, would and could testify competently to them. I make this declaration in support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

2. I met Mr. Brian Sciara ("Mr. Sciara") around 2002-2003 while I was living in Las Vegas, Nevada. I moved to Phoenix Arizona in 2004 and have resided there ever since.

3. In 2007, Mr. Micah Kinsler and I became co-owners/members in an Arizona limited liability company, MiCamp Solutions, LLC. MiCamp Solutions provides credit card payment processing services for merchants.

4. At some point in 2009 I shared what MiCamp Solutions did to Mr. Sciara and he sought an opportunity to start referring business to MiCamp Solutions. I told Mr. Sciara MiCamp

Solutions would train him on the business and we'd give him a high revenue-share agreement for the referrals. He began to refer customers to MiCamp Solutions and, in July of 2009, as an independent contractor, Mr. Sciara began referring business and getting paid monthly commissions for customers he referred to MiCamp Solutions.

5. Between 2010 and 2012 Mr. Sciara shared with me details about CapFund Financial that provided credit brokering business services related to credit card stacking.

6. Credit card stacking is where a credit broker helps an individual acquire unsecured credit by applying for multiple unsecured credit cards at the same time. The broker's knowledge of what credit cards an individual may qualify for provides the broker the ability to quickly locate unsecured credit for the individual. The credit cards are applied for by the individual with the assistance of the broker or the broker as an agent of the individual. Sometimes, cash is withdrawn from those credit cards for the individual to use during the credit card issuer's low initial interest rate period. The credit broker charges a percentage of the total amount of credit obtained for the individual as its fee for the service of locating and assisting in applying for the credit. The individual is responsible for paying back the credit card issuers according to the terms of credit entered into among the individual and the issuer.

7. In 2014 Mr. Sciara approached me and provided more details about CapFund Financial's credit card stacking business. While in Phoenix Arizona with me, Mr. Gary Jeppesen (CFO of MiCamp) and Mr. Micah Kinsler present, Mr. Sciara proposed either selling his CapFund Financial business or continuing that business jointly with me and Mr. Kinsler. At that time, Mr. Kinsler and I did not see the value in CapFund Financial to purchase it. Instead of a purchase, however, I proposed to Mr. Sciara that he train me and my employees in the business. In exchange, he would receive either compensation or an equity interest in a newly formed "sprout business" operated under MiCamp Holdings, that was to be a separate business from CapFund Financial.

8. Over a short period of time, an ownership interest of 20% in the "sprout business" was discussed, along with profit share plans, revenue share plans, and other terms. Nearly all of these discussions took place in person at 6930 E. Chauncey Lane, Phoenix Arizona 85054. Only



BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

a small percentage of these discussions took place over the phone when Mr. Sciara was in Las Vegas and I was in Phoenix. The newly formed business was to be run out of Phoenix Arizona.

9. In late September of 2014, Gary Jeppesen sent a proposed operating agreement to Mr. Sciara regarding Sprout Financial, LLC, the proposed entity for the new business. On October 24, 2014, Mr. Sciara rejected the operating agreement. A true and correct copy of Mr. Sciara's email rejecting the agreement is attached hereto as Exhibit 1. Sprout Financial LLC, a Delaware limited liability company, was not formed in 2014 because there was never an ownership or other agreement with Mr. Sciara for the Sprout Financial business.

10. In late 2014 Sprout Financial developed and operated its credit card stacking business separate from Mr. Sciara and his CapFund Financial business. Over time, and through a lot of trial and error learning what credit facilities are available (and upon what terms) by inquiring with credit card issuers and processing applications, algorithms were developed by Sprout Financial and its employees in Phoenix Arizona independent of Mr. Sciara. Through this trial and error, and know-how developed over time, Sprout Financial has created a computer model which quickly determines what credit a customer is qualified for.

11. In May 2016, I took a call in Phoenix Arizona from Mr. Sciara. He told me he wanted to merge CapFund Financial with Sprout Financial. We discussed potential terms of a potential merger, but never agreed to any such terms. I told Mr. Sciara that before we could agree to own a business together, Sprout Financial must be separated from MiCamp and Mr. Kinsler. These conversations took place in Phoenix Arizona and over the phone while Mr. Sciara was in Las Vegas, Nevada.

12. In March of 2018, I completed the separation of Sprout Financial from MiCamp. On April 5, 2018 I went to Las Vegas for purposes unrelated to Sprout Financial. Mr. Sciara and I met briefly then, but did not continue discussions regarding either Sprout Financial or owning a business together at that time.

13. Mr. Sciara flew to Phoenix Arizona on April 27, 2018 and he and I played golf at the Dove Valley Ranch Golf Club. While playing golf, Mr. Sciara and I again discussed the potential of owning Sprout Financial together. We discussed that Sprout was now separate and

that Mr. Kinsler and MiCamp had no interest in its business. I ultimately proposed that Mr. Sciara have a 20% equity interest in Sprout Financial and a 3% equity interest in three of my other companies which I just started developing. Mr. Sciara did not accept that proposal.

14. On May 1, 2018, I followed up on the offer I made in Phoenix Arizona on April 27, 2018 with an email to Mr. Sciara stating as follows:

> Also want to know if you've had additional thoughts on below.
>
> $20K/mo guaranteed payment with active role
> Biz Development commission 10-20%
> BD commissions must exceed base salary in order for BD commissions to kick in. BD accounts include current CapFund accounts and other accounts brought in
> On liquidity event, 20% of proceeds
> Annual profit sharing distribution of 20% (after I'm paid back a match of your guaranteed payment from 2017)
> 3% of profit share distribution of 3 companies (SPEX, CR, DF).

A true and correct copy of that email is attached hereto as Exhibit 2.

15. On May 1, 2018, Mr. Sciara rejected that proposal, stating: "Yea, it's not going to work for me. I haven't had a clear head to think through what I want, but I'll discuss what our starting point should be when I get in today." *See* Exhibit 2.

16. To this day, there has never been an agreement among Mr. Sciara and me where we have agreed to the terms of owning a business together.

17. Sprout Financial's offices were at 6930 E. Chauncey Lane, Phoenix Arizona 85054 from 2014-2017 and in 2017 moved to 5415 E High Street, Phoenix, AZ 85054. Nearly forty (40) employees work for Sprout Financial at the 5415 E High Street office location. Sprout Financial currently has only one part-time employee in Nevada (Mr. Shawn Kinney) who provides consulting services to Sprout Financial's operations and sales department and for approximately 50% of his time he travels to Phoenix Arizona to perform his job.

18. Sprout Financial advertises its business all over the United States and has customers throughout the country. Business in the state of Nevada accounts for less than 1% of Sprout Financial's total revenue.

19. Sprout Financial never shared its profits and losses with Mr. Sciara as an owner of the business. He was never an owner in Sprout Financial in any form, and never received any K1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

or other tax document indicating profits or loses allocated to his – non-existent – ownership interest.

20. CapFund Financial was never merged into Sprout Financial. CapFund has a separate Employment Identification Number ("EIN").

21. Sprout Financial's principal place of business is Phoenix Arizona. It has no property or banking accounts in the state of Nevada. Over the past 4 years, I don't recall more than 4-5 times (total) traveling to Las Vegas to discuss Sprout Financial business with anyone, or to meet with a referral vendor. I can recall one time, recently, where I met in Las Vegas with a referral vendor that had its operations based in Utah, not Nevada. Over the past year, we have developed a referral vendor in Las Vegas and do lead passing and information sharing with this vendor. I did also meet with this vendor in Las Vegas once in the past year because I happened to be in Las Vegas on other business and happened to stop by to meet the team.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 3rd, 2018

STEPHEN CAMPBELL

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

**INDEX OF EXHIBITS**

1. October 24, 2014 email from Brian Sciara to Stephen Campbell 2 Pages

2. May 2, 2018 email chain between Stephen Campbell and Brian Sciara 1 Page