# Exhibit 1

October 24, 2014 email from
Brian Sciara to Stephen Campbell

Mail - scampbell@micamp.com

B

brian@capfundfinancial.com on behalf

|

Fri 10/24/2014, 12:12 PM

My Friends,

I have finally reviewed this agreement, along with my attorney, and unfortunately it is NOT going to work! As a friend and a fellow family man, I really only asked for one thing -to be protected, so my family would be as well. This agreement is totally one-sided and offers me and my family zero protection. Listen, do I think your intention is to screw me over, take my trade secret and dump me once you've learned it on your own... no.... idk, maybe? I guess it isn't comforting hearing Gary tell me that your group is "fishing" me for information. Then running around the wedding drunk telling Jordan, Ryan and Tyler that "I am out of Sprout". Furthermore, I definaltely don't need to hear that Russ is telling people (while sober) that there is no way that I will receive my 20% while being in California, Vegas, whatever. This is embarrassing and totally unacceptable behavior, let alone unprofessional in every way. I wanted to make you both aware of this and that I will not be tolerating it!

I realize we are all busy with other projects, but Sprout is about to fall flat on its face! I am not happy, our two reps are not happy and our one processor is not happy either. This needs to be fixed immedialtey. I have the next three weeks open where I can come out there and train your

staff fully, but I can not move forward until we have an appropriate agreement in place. Let's meet face to face as soon as possible to iron this out - it's not this complicated.

In closing, please know that I not only respect you both very much, but I also admire you as well. I hope you would treat me with that same respect.

With Peace & Love,

BUM

---

On Tue, Sep 30, 2014 at 12:05 AM, Stephen Campbell <scampbell@micamp.com> wrote:

> Brian,
>
> See attached.
>
> Gary, I went through this. It seems this was my Dad's agreement with Stuart, is that correct? I'm okay with that…
>
> That being said, I want to make sure our agreement in principal regarding compensation is fully defined. I know this agreement states 800 shares (MC Holdings) / 200 Shares (Sciara). It seems super simple. Brian, if there is anything you want to add to this please feel free. Otherwise, I think we're good to go.
>
> Happy to discuss as always.
>
> Stephen