# Exhibit 2

May 1, 2018 email chain between Stephen Campbell and Brian Sciara

SPROUT FINANCIAL

**Stephen Campbell <stephen@sproutfin.com>**

On Tue, May 1, 2018 at 8:03 AM, Brian Sciara <brian@sproutfin.com> wrote:

> Yea, it's not going to work for me. I haven't had a clear head to think through what I want, but I'll discuss what our starting point should be when I get in today.
>
> On May 1, 2018, at 7:32 AM, Stephen Campbell <stephen@sproutfin.com> wrote:
>
> Also want to know if you've had additional thoughts on below.
>
> $20K/mo guaranteed payment with active role
> Biz Development commission 10-20%
> BD commissions must exceed base salary in order for BD commissions to kick in. BD accounts include current CapFund accounts and other accounts brought in
> On liquidity event, 20% of proceeds
> Annual profit sharing distribution of 20% (after I'm paid back a match of your guaranteed payment from 2017)
> 3% of profit share distribution of 3 companies (SPEX, CR, DF).