Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
Ryan A. Semerad, Esq.
Nevada Bar No. 14615
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2603
Fax: (702) 669-4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com
rasemerad@hollandhart.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SCIARA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN CAMPBELL,<br><br>Defendant. | CASE NO.: 2:18-cv-01700-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Brian Sciara (the "Plaintiff"), by and through his counsel of record, McDonald Carano LLP, and Defendant Stephen Campbell (the "Defendant"), by and through his counsel of record, Holland & Hart LLP, hereby stipulate and agree as follows:

1. On October 3, 2018, Defendant filed a Motion to Dismiss (ECF No. 5).

2. October 17, 2018, Plaintiff filed his Opposition to Defendant's Motion to Dismiss (ECF No. 7).

3. Defendant's current deadline to file and serve a reply brief is Wednesday, October 24, 2018.

4. Defendant has just substituted in new counsel who requires additional time to prepare a reply brief in support of the Motion to Dismiss.

/ / /

1

5. Defendant's deadline to file a reply brief in support of their Motion to Dismiss shall be extended from October 24, 2018 to October 31, 2018.

6. This is the parties' first request for an extension, and this request is sought in good faith and not for purposes of delay.

DATED this 18th day of October 2018.                    DATED this 18th day of October 2018.

*/s/ Bryce K. Kunimoto*                                                 */s/ Pat Lundvall*

Bryce K. Kunimoto (NV Bar No. 7781)           Pat Lundvall (NV Bar No. 3761)
Robert J. Cassity (NV Bar No. 9779)               Rory T. Kay (NV Bar No. 12416)
Ryan A. Semerad (NV Bar No. 14615)            McDONALD CARANO LLP
HOLLAND & HART LLP                                    2300 West Sahara Avenue, Suite 1200
9555 Hillwood Dr., Second Floor                     Las Vegas, Nevada 89102
Las Vegas, NV 89134

*Attorneys for Brian Sciara*

*Attorneys for Stephen Campbell*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: October 19, 2018.