Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Plaintiff Brian Sciara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SCIARA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN CAMPBELL,<br><br>　　　　　　Defendant. | Case No.: 2:18-cv-01700-DJA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING THE PROTECTIVE ORDER**<br><br>**(First Request)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Brian Sciara ("Sciara") and Defendant Stephen Campbell ("Campbell") (collectively, the "Parties") by and through undersigned counsel, hereby agree and stipulate to extend the deadlines for briefing regarding Defendant's Motion for Order to Show Cause Why Plaintiff Should Not Be Held In Contempt of Court for Violating The Protective Order (Dkt. 59) ("Motion").  Sciara's Opposition to the Motion is currently due on January 6, 2021.

The Parties have conferred and mutually agreed upon the following briefing schedule for the Motion:

- Sciara will file his Opposition on January 20, 2021.
- Campbell will file his Reply on January 29, 2021.

///

1  This is the first extension requested for a revised briefing schedule for the Motion for

2  and is not intended to cause any undue delay or prejudice any party.

3  Dated this 5th day of January, 2021.                    Dated this 5th day of January, 2021.

4  McDONALD CARANO LLP                                     HOLLAND & HART LLP

6   /s/ Rory T. Kay                                        /s/ Bryce K. Kunimoto
   Pat Lundvall (NSBN 3761)                                Bryce K. Kunimoto, Esq. (NSBM 7781)
7  Rory T. Kay (NSBN 12416)                                Robert J. Cassity, Esq. (NSBM 9779)
   2300 West Sahara Avenue, Suite 1200                     9555 Hillwood Drive, 2nd Floor
8  Las Vegas, Nevada 89102                                 Las Vegas, NV 89134
   Telephone: (702) 873-4100                               Telephone: (702) 222-2603
   lundvall@mcdonaldcarano.com                             bkunimoto@hollandhart.com
9  rkay@mcdonaldcarano.com                                 bcassity@hollandhart.com

10 *Attorneys for Plaintiff Brian Sciara*                  *Attorneys for Stephen Campbell*

                                                           IT IS SO ORDERED:

                                                           _____
                                                           UNITED STATES MAGISTRATE JUDGE

                                                           DATED: ___January 7, 2021_____

## CERTIFICATE OF SERVICE

I certify that I am an employee of McDonald Carano LLP, and that on the 5th day of January, 2021, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING THE PROTECTIVE ORDER** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Beau Nelson*
An employee of McDonald Carano LLP