Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Plaintiff Brian Sciara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SCIARA,<br><br>                     Plaintiff,<br><br>v.<br><br>STEPHEN CAMPBELL,<br><br>                     Defendant. | Case No.: 2:18-cv-01700-DJA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING THE PROTECTIVE ORDER**<br><br>**(Second Request)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Brian Sciara ("Sciara") and Defendant Stephen Campbell ("Campbell") (collectively, the "Parties") by and through undersigned counsel, hereby agree and stipulate to extend the deadlines for briefing regarding Defendant's Motion for Order to Show Cause Why Plaintiff Should Not Be Held In Contempt of Court for Violating The Protective Order (Dkt. 59) ("Motion").  Sciara's Opposition to the Motion is currently due on January 20, 2021.

The Parties have conferred and mutually agreed upon the following extended briefing schedule for the Motion:

•	Sciara will file his Opposition on February 3, 2021.

•	Campbell will file his Reply on February 17, 2021.

Sciara intends to substitute counsel in for the undersigned firm, and new counsel needs time to get updated on the case and Campbell's Motion before filing the Opposition on

1  Sciara's behalf.

2      This is the second extension requested for a revised briefing schedule for the Motion

3  and is not intended to cause any undue delay or prejudice any party.

4  Dated this 20th day of January, 2021.　　　　　Dated this 20th day of January, 2021.

5  McDONALD CARANO LLP　　　　　　　　　　　HOLLAND & HART LLP

7  /s/ Rory T. Kay　　　　　　　　　　　　　　　　/s/ Bryce K. Kunimoto
Pat Lundvall (NSBN 3761)　　　　　　　　　　Bryce K. Kunimoto, Esq. (NSBM 7781)
Rory T. Kay (NSBN 12416)　　　　　　　　　　Robert J. Cassity, Esq. (NSBM 9779)
8  2300 West Sahara Avenue, Suite 1200　　　　9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89102　　　　　　　　　　Las Vegas, NV 89134
9  Telephone: (702) 873-4100　　　　　　　　　Telephone: (702) 222-2603
lundvall@mcdonaldcarano.com　　　　　　　bkunimoto@hollandhart.com
10  rkay@mcdonaldcarano.com　　　　　　　　bcassity@hollandhart.com

11  *Attorneys for Plaintiff Brian Sciara*　　　　　　*Attorneys for Stephen Campbell*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2021

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 20th day of January, 2021, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING THE PROTECTIVE ORDER (SECOND REQUEST)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Beau Nelson*
An employee of McDonald Carano LLP