Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Plaintiff Brian Sciara*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SCIARA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN CAMPBELL,<br><br>Defendant. | Case No.: 2:18-cv-01700-DJA<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Plaintiff Brian Sciara hereby authorizes and consents to the substitution of Anthony P. Sgro, Jennifer Willis Arledge, and Alanna C. Bondy of Sgro & Roger as attorneys of record in the above-entitled action, in the place and stead of Rory T. Kay and Pat Lundvall of McDonald Carano LLP.

Contact information for new counsel is as follows:

Anthony P. Sgro (NSBN 3811)
tsgro@sgroandroger.com
Jennifer Willis Arledge (NSBN 8729)
jarledge@sgroandroger.com
Alanna C. Bondy (NSBN14830)
abondy@sgroandroger.com
Sgro & Roger
720 South Seventh Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702-384-9800

/ / /

/ / /

/ / /

1  I consent to the above substitution.

2  Dated this 21st day of January, 2021.

4  Brian Sciara

5  I consent to be substituted.

6  Dated this 21st day of January, 2021.

7  SGRO & ROGER

9  Anthony P. Sgro (NSBN 3811)
   720 South Seventh Street
10 Third Floor
   Las Vegas, Nevada 89101
11 tsgro@sgroandroger.com

SGRO & ROGER

Alanna C. Bondy (NSBN 14830)
720 South Seventh Street
Third Floor
Las Vegas, Nevada 89101
abondy@sgroandroger.com

13 SGRO & ROGER

15 Jennifer Willis Arledge (NSBN 8729)
   720 South Seventh Street
16 Third Floor
   Las Vegas, Nevada 89101
17 jarledge@sgroandroger.com

18  I consent to the above substitution.

19  Dated this 22nd day of January, 2021.

20 McDONALD CARANO LLP

21  /s/ Pat Lundvall

22 Pat Lundvall (NSBN 3761)
   McDONALD CARANO LLP
23 2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
24 lundvall@mcdonaldcarano.com

McDONALD CARANO LLP

/s/ Rory T. Kay

Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com

25
26  The substitution of attorney is hereby approved and so ORDERED.

27
                                              UNITED STATES MAGISTRATE JUDGE
28                                            DATED: January 25, 2021

## CERTIFICATE OF SERVICE

I certify that I am an employee of McDonald Carano LLP, and that on the 22nd day of January, 2021, a true and correct copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ Beau Nelson
An employee of McDonald Carano LLP