# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Declaration of Brian Sciara |
| Exhibit 2 | Declaration of Alanna C. Bondy, Esq. |
| Exhibit 3 | Correspondence to Fiserv, Inc., dated 2/3/2021 |