# EXHIBIT "1"

EXHIBIT "1"

**DECLARATION OF BRIAN SCIARA**

STATE OF NEVADA )
)ss.
COUNTY OF CLARK )

I, BRIAN SCIARA, declare that I have personal knowledge of the facts set forth below, except for those statements expressly made upon information and belief, and as to those facts, I believe them to be true and I am competent to testify:

1. I am the Plaintiff in *Brian Sciara v. Stephen Campbell,* Case No. 2:18-cv-01700-RFB-CWH.

2. I was previously represented in the this matter by McDonald Carano LLP.

3. On January 25, 2021, the law firm of Sgro & Roger substituted in as counsel to represent me in the instant case.

4. The law firm of Sgro & Roger also represents me in a case that is currently pending in the Eighth Judicial District Court for the State of Nevada, Case No. A-20-824100-B.

5. Prior to Sgro & Roger substituting in as counsel in this matter, McDonald Carano LLP provided me with certain documents from this case to provide to my attorneys at Sgro & Roger.

6. I did not provide these documents to my attorneys at Sgro & Roger in an attempt to interfere in the Defendant's business relationships. I provided the documents to my attorneys to assist in the investigation of my claims and in furtherance of settlement discussions with one of the named Defendants in Case No. A-20-824100-B.

7. I was not advised and did not understand that some of the documents that were provided to me by McDonald Carrano were subject to a Protective Order, and that the documents were not to be disclosed to third-parties.

8. As I did not understand that some of the documents were subject to a Protective Order, I failed to advise my attorneys at Sgro & Roger of the same.

9. I have since been advised that certain documents that have been produced in this case are subject to a Protective Order and that documents marked "Confidential" or "Highly Confidential – Attorneys' Eyes Only" may not be disclosed to third-parties. I have also been advised that if protected documents are provided to certain permitted third-parties, I

have a duty to advise the third-party that the documents are subject to a Protective Order and that those permitted third-parties must execute the "Confidentiality Agreement" attached as Exhibit A to the Stipulated Confidentiality Agreement and Protective Order. (ECF No. 22)

10. The unauthorized dissemination of the documents was inadvertent and a mistake and it was not a willful violation of an Order of this Court.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

**DATED this 3rd day of February 2021.**

**BRIAN SCIARA**