# EXHIBIT "2"

EXHIBIT "2"

**DECLARATION OF ALANNA BONDY, ESQ.**

STATE OF NEVADA )
)ss.
COUNTY OF CLARK )

I, ALANNA BONDY, declare that I have personal knowledge of the facts set forth below, except for those statements expressly made upon information and belief, and as to those facts, I believe them to be true and I am competent to testify:

1. I am an associate attorney with the law firm of Sgro & Roger.

2. Sgro & Roger is counsel for Plaintiff in *Brian Sciara v. Stephen Campbell,* Case No. 2:18-cv-01700-RFB-CWH.

3. Sgro & Roger is also counsel for Plaintiff in *Brian Sciara v. MiCamp Solutions, LLC, et a*l, Case No. A-20-824100-B, pending in the Eighth Judicial District Court for the State of Nevada.

4. In the Summer/Fall of 2020, Plaintiff provided me with documents from the instant case to assist in the investigation of Plaintiff's claims in Case No. A-20-824100-B.

5. I was not advised by Plaintiff or Plaintiff's former counsel at Mcdonald Carano LLP that some of the documents that were provided to me were subject to a Protective Order in the instant case.

6. I provided seven (7) pages of MiCamp Solutions, LLC's partial bank statements to counsel for Fiserv Inc.

7. MiCamp Solutions, LLC and Fiserv Inc. are named Defendants in Case No. A-20-824100-B.

8. The partial bank statements were provided in support of preliminary settlement discussions between Brian Sciara and Fiserv Inc., in three (3) emails from myself to counsel for Fiserv Inc., dated September 10, 2020, September 14, 2020, and September 21, 2020.

9. I have not provided any third-party with any other documents that are subject to the Protective Order in the instant case.

10. I became aware of the unauthorized dissemination of the partial bank statements for the first time upon learning that Defendant, Stephen Campbell, filed a *Motion for Order to Show Cause* in the instant matter.

11. The unauthorized dissemination of the documents was inadvertent and a mistake and it was not a willful violation of an Order of this Court.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

**DATED this 3rd day of February 2021.**

ALANNA BONDY