# EXHIBIT "3"

EXHIBIT "3"

SGRO | ROGER
ATTORNEYS AT LAW

ANTHONY P. SGRO
DAVID J. J. ROGER
JENNIFER W. ARLEDGE
COLLEEN N. SAVAGE
ALANNA C. BONDY
NICHOLAS V. SCOTTI
NICOLE C. BOLICK

February 3, 2021

*Via Electronic Mail*
Fiserv Inc.
c/o Jarrod Rickard, Esq.
Semenza Kircher Rickard
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
jlr@skrlawyers.com

**Re: Email Communications to Fiserv Inc., Legal Counsel Dated September 10, 2020, September 14, 2020, and September 21, 2020**

Dear Mr. Rickard:

As you are aware, Sgro & Roger represents the interests of Brian Sciara in Case Number A-20-824100-B, pending in the Eighth Judicial District Court for the State of Nevada. It has recently come to my attention that certain documents that were provided by myself to Fiserv Inc.'s legal counsel, Ken Hobday, Esq., as part of ongoing confidential settlement discussions, were subject to a Protective Order in *Brian Sciara v. Stephen Campbell,* Case No. 2:18-cv-01700-DJA, which is pending in the United States District Court for the District of Nevada.

As such, please allow this letter to serve as notice that the documents sent by myself to Ken Hobday, Esq., via email communication on September 10, 2020, September 14, 2020, and September 21, 2020 must be returned and/or destroyed.[1]

Respectfully,

SGRO & ROGER

*Alanna C. Bondy*

ALANNA BONDY, ESQ.

[1] The documents that are subject to a Protective Order are the partial bank statements of MiCamp Solutions, LLC that were sent as email attachments from myself to Ken Hobday, Esq. on September 10, 2020, September 14, 2020, and September 21, 2020.