# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Brian Sciara,

                Plaintiff,

   v.

Stephen Campbell,

               Defendant.

JUDGMENT IN A CIVIL CASE

FOR ATTORNEY'S FEES

Case Number:  2:18-cv-01700-DJA

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Brian Sciara and his counsel shall pay Defendant's attorneys fees in the amount of $17,494.65 within 30 days.

4/28/2021
_____
Date

____DEBRA K. KEMPI____
Clerk

___/s/ M. Reyes_____
Deputy Clerk