ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
MICHAEL R. BRUNET, ESQ.
Nevada Bar. No. 8004
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*tsgro@sgroandroger.com*
*jarledge@sgroandroger.com*
*mbrunet@sgroandroger.com*
Attorneys for Defendants
Brian Sciara and Jennifer Sciara

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SCIARA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN CAMPBELL,<br><br>　　　　　　Defendant.<br><br>AND ALL RELATED CLAIMS | Lead/Base Case No.:<br>　2:18-cv-01700-DJA<br><br>Consolidated Case No.:<br>　2:21-cv-00309-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JENNIFER SCIARA WITHOUT PREJUDICE** |

　　　Plaintiff SPROUT FINANCIAL, LLC ("Sprout") and Defendant JENNIFER SCIARA (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to the dismissal of Defendant Jennifer Sciara without prejudice in *Sprout Financial LLC v. CapFund Enteprises Incorporated et al.*, case no. 2:21-cv-00309-JAD-NJK (the "Sprout action") with each of the Parties to bear their own attorney's fees and costs associated therewith. The parties further agree that this dismissal shall not operate as an adjudication on the merits under Fed. R. Civ. P. 41(a)(1)(B), and Sprout shall have the right to renew its claims against

Defendant Jennifer Sciara should discovery reveal that she has engaged in allegedly wrongful conduct. The other defendants in the Sprout action, Defendants CapFund Enterprises, Inc., d/b/a CapFund Financial, Funded LLC, and Brian Sciara, by and through their undersigned counsel of record, hereby join in and consent to this Stipulation.

This Stipulation is made in good faith and not for improper purposes or delay.

DATED this 23rd day of May 2021.

HOLLAND & HART LLP

/s/ Jenapher Lin
BRYCE K. KUNIMOTO, ESQ.
Nevada Bar No. 7781
ROBERT J. CASSITY, ESQ.
Nevada Bar No. 9779
JENAPHER LIN, ESQ.
Nevada Bar No. 14233
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV. 89134
*Attorneys for Plaintiff Sprout Financial LLC*

SGRO & ROGER

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
MICHAEL R. BRUNET, ESQ.
Nevada Bar No. 8004
720 S. Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Jennifer Sciara*

**Joined In And Consented To By:**
SGRO & ROGER

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
MICHAEL R. BRUNET, ESQ.
Nevada Bar No. 8004
*Attorneys for Defendants CapFund Enterprises, Inc., d/b/a CapFund Financial, Funded LLC, and Brian Sciara*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 26, 2021