Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.222.2603
Fax: 702.669.4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com
jlin@hollandhart.com

*Attorneys for Defendant Stephen Campbell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SCIARA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN CAMPBELL,<br><br>Defendant.<br><br>AND ALL RELATED MATTERS. | Lead/Base Case No.:<br>2:18-cv-01700-DJA<br><br>Consolidated Case No.:<br>2:21-cv-00309<br><br>**REQUEST FOR STATUS CHECK HEARING REGARDING FORENSIC EXAMINATION** |

Defendant STEPHEN CAMPBELL ("Campbell" or "Defendant"), by and through his undersigned counsel of record, the law firm of Holland & Hart LLP, hereby respectfully requests that the Court set a status check hearing regarding the forensic examination of Plaintiff BRIAN SCIARA's ("Sciara" or "Plaintiff") devices/accounts in connection with Campbell's Motion for Sanctions (ECF Nos. 97, 99).

On July 9, 2021, the Court held a hearing on Campbell's Motion for Sanctions (ECF Nos. 97, 99), which was taken under advisement pending completion of a forensic examination of Sciara's devices/accounts to determine whether Sciara had committed further violations of the Protective Order. (ECF No. 124).

On August 9, 2021, in compliance with the Court's instructions (ECF No. 124), the parties submitted a joint status report to the Court, including a stipulation and proposed order

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

regarding protocol governing production of electronically stored information, which the Court approved and entered on September 14, 2021 (ECF No. 128). (*See* ECF No. 126).

On September 8, 2021, the parties submitted their second joint status report to the Court, requesting an additional 30 days to complete the forensic examination process, which the Court granted. (ECF No. 126).

On October 8, 2021, Campbell submitted a third status report regarding forensic examination and his first individual status report to the Court, advising that individual status reports were being submitted in lieu of a joint status report as a result of the parties' inability to timely come to an agreeable joint status report. Campbell's individual status report detailed the forensic examination process completed thus far, identified further violations of the Protective Order discovered through the forensic examination, advised that the parties were unable to complete the forensic examination of Sciara's devices due to irreconcilable issues and disputes arising during the course of the forensic examination process, and requested that Sciara be compelled to complete the forensic examination (as further detailed therein) or, alternatively, that supplemental briefing be permitted, followed by a supplemental hearing or status check.

On October 21, 2021, Sciara emailed to Campbell's counsel a copy of his untimely individual status report to Campbell (although it is unclear whether the same was submitted to the Court).[1]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[1] Sciara's individual status report omits relevant facts/surrounding circumstances and attaches misleading, incomplete email chains which omitted Campbell's substantive responses to the issues raised by Sciara.

Accordingly, Campbell respectfully requests that a status check hearing be set to address the forensic examination issues and the relief requested in connection therewith. Alternatively, Campbell requests that the abeyance on the Motion for Sanctions (ECF Nos. 97, 99) be lifted pending supplemental briefing and hearing on the same.

DATED this 21st day of October 2021.

HOLLAND & HART LLP

*/s/ Bryce K. Kunimoto*
Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
Jenapher Lin, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant Stephen Campbell*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 21st day of October 2021, I served a true and correct copy of the foregoing **REQUEST FOR STATUS CHECK HEARING REGARDING FORENSIC EXAMINATION** as follows:

☒ Filed electronically via the Court's CM/ECF system and notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

SGRO& ROGER
Anthony P. Sgro, Esq. – tsgro@sgroandroger.com
Jennifer Willis Arledge, Esq. – jarledge@sgroandroger.com
720 South 7th Street, Third Floor
Las Vegas, NV 89101

*Attorneys for Plaintiff Brian Sciara*

*Attorneys for Defendants*
*Capfund Enterprises, Inc., d/b/a Capfund Financial,*
*Funded, LLC, and Brian Sciara*

*/s/ Joyce Heilich*
An Employee of Holland & Hart LLP

17606878_v3 104019.0001



HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134