# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brian Sciara,<br><br>              Plaintiff,<br><br>  v.<br><br>Stephen Campbell,<br><br>              Defendants.<br><br><br>And all related claims. | Case No.<br>2:18-cv-01700-DJA<br><br>Consolidated Case No.<br>2:21-cv-00309-JAD-NJK<br><br>**Order** |

      Before the Court is Defendant Stephen Campbell's motion for a status check hearing. (ECF No. 137). Plaintiff Brian Sciara filed a response, not opposing the motion, but asking for Campbell to "identify those issues that need to be addressed so that the status check may be a productive use of time…" (ECF No. 138). Defendant replied that the "issues sought to be addressed at the status check were briefed, in detail, and set forth in Campbell's third status report regarding forensic examination and his first individual status report…" (ECF No. 139). Because the parties agree on the need for a status check, the Court grants Defendant's motion. The Court also orders the parties to meet and confer and submit directly to chambers a joint status report outlining the issues they wish to address at the hearing and each party's position on each.

    **IT IS THEREFORE ORDERED** that Defendant's motion for a status check hearing (ECF No. 137) is **granted**.  An in-person hearing in this matter is scheduled for **November 23, 2021 at 2:00 p.m.** in courtroom 3A.  The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus.

    **IT IS FURTHER ORDERED** that the parties shall meet and confer and submit directly to chambers a joint status report outlining the issues they wish to address at the hearing and each party's position on each.  The parties are directed to email their status report to Kimberly_LaPointe@nvd.uscourts.gov by **Wednesday, November 17, 2021.**

DATED: November 9, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE