ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com
*Attorneys for*
*Capfund Enterprises, LLC,*
*d/b/a CapFund Financial,*
*Funded, LLC, and Brian Sciara*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SCIARA, | Lead/Base Case No.: 2:18-cv-01700-DJA |
| Plaintiff, | Consolidated Case No.: 2:21-cv-00309-JAD-NJK |
| v. | |
| STEPHEN CAMPBELL, | **RENEWED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS CAPFUND ENTERPRISES, LLC, D/B/A CAPFUND FINANCIAL, FUNDED, LLC, AND BRIAN SCIARA** |
| Defendant. | |
| AND ALL RELATED CLAIMS | |

COME NOW ANTHONY P. SGRO, ESQ. JENNIFER WILLIS ARLEDGE, ESQ., of SGRO & ROGER respectfully move this Court for an Order permitting the law firm of Sgro & Roger and all of its attorneys who have made appearances on this matter, to withdraw as counsel for Plaintiffs Capfund Enterprises, LLC, d/b/a CapFund Financial; Funded, LLC; and Brian Sciara under Nevada Supreme Court Rule 46, Local Rule IA 11-6 and Nevada Rule of Professional Conduct 1.16.

1

This motion is based upon the following Memorandum of Points and Authorities, the pleadings and papers on file here in, the Affidavit of Attorney Jennifer Willis Arledge, ESQ., Esq., attached hereto and any oral arguments the Court may entertain at a hearing on the matter.

December 20, 2021

**SGRO & ROGER**

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLDGE, ESQ.
Nevada Bar No. 8729
720 S. Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
*Attorneys for Capfund Enterprises, LLC,*
*d/b/a CapFund Financial,*
*Funded, LLC, and Brian Sciara*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

SGRO & ROGER appeared on behalf of Plaintiffs on February 3, 2021, in *Plaintiff's Opposition to Defendant's Motion for Order to Show Cause Why Plaintiff Should Not Be Held in Contempt of Court for Violating Protective Order* [ECF 73]. SGRO & ROGER was engaged to prosecute this litigation by Capfund Enterprises, LLC., and Brian Sciara in his individual capacity and in his capacity as the representative of CapFund. SGRO & ROGER was also retained to file and prosecute state tort, contract, and statutory claims in *Brian Sciara, et al., vs. Micamp Solutions, LLC, et al.,* now proceeding in the Eighth Judicial District Court of the State of Nevada as case no. A-20-824100-B.

On or about November 24, 2021, Mr. Sciara terminated the services of SGRO & ROGER as counsel of record on the State matter. While Mr. Sciara and SGRO & ROGER attempted for a time to resolve their disagreements to allow SGRO & ROGER to remain on this case, there has been a complete breakdown of communication between SGRO & ROGER and Mr. Sciara. SGRO & ROGER and Mr. Sciara are suffering from a fundamental disagreement and the attorney-client relationship is now irretrievably broken such that their interests are now adversarial.

This lawsuit will not be disrupted by Sgro & Roger's withdrawal, as the parties previously stipulated to extend all discovery deadlines.

### II. LEGAL ARGUMENT

Nevada Supreme Court Rule 46 allows an attorney to withdrawal from a case "at any time" before a final disposition "[u]pon the order of the court of judge thereof on the application of the attorney or the client." Rule 1.16(b)(5) of the Nevada Rules of Professional Conduct allows an attorney to withdraw from representing a client if "[t]he client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given a reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Under Rule 1.16(b)(4) of the Nevada Rules of Professional Conduct an attorney may withdraw from

representing a client if the client "insists upon taking action that the lawyer considers to be repugnant or with which the lawyer has a fundamental disagreement."

The attorney-client relationship between SGRO & ROGER and Mr. Sciara has now broken down such that their interests are now adversarial. Among other things, an attorney client relationship is a contractual relationship and all the duties of the relationship flow from the contract. *See Stalk v. Mushkin*, 125 Nev. 21, 29, 199 P.3d 838, 843 (2009). Here, Mr. Sciara dismissed SGRO & ROGER as counsel of record on the state matter. While Mr. Sciara and SGRO & ROGER attempted for a time to resolve their disagreements to allow SGRO & ROGER to remain on this case, there has been a complete breakdown of communication between SGRO & ROGER and Mr. Sciara. SGRO & ROGER and Mr. Sciara are suffering from a fundamental disagreement and the attorney-client relationship is now irretrievably broken such that their interests are now adversarial. Mr. Sciara's actions have thus neutered the confidential and fiduciary nature of the attorney client relationship and any further representation is impossible.

Under Local Rule IA 11-6(d), attorneys are not permitted to withdrawal "if it will result in delay of discovery, the trial, or any hearing in the case." As discussed above, the parties previously stipulated to extend discovery and there are no upcoming hearings in the matter. No party will be prejudiced or otherwise affected by Sgro & Roger's withdrawal as it is anticipated that Mr. Sciara's new counsel in the State Court matter will appear in this case. Mr. Sciara is due to complete a forensic evaluation of his laptop and iPhone, as performed by HOLO discovery pursuant to the Court's Orders of July 9, 2021 [ECF 124] and November 23, 2021, [ECF 141]. SGRO & ROGER are unable to perform the review on behalf of Mr. Sciara and it will be incumbent upon any new counsel Mr. Sciara retains to perform the review. While Mr. Sciara's new counsel will have to evaluate the time necessary for his or her review and inform the Court an extension of the January 7, 2021, date is needed; SGRO & ROGER represent to the Court that an extension of that deadline is wise and should be Ordered. SGRO & ROGER respectfully request that the Court not order SGRO & ROGER to complete the review and that the allow the immediate withdrawal of our firm. Undersigned appreciates that this is an

extraordinary request, but Mr. Sciara has taken the extraordinary step of having three credit card payments to SGRO & ROGER reversed to the tune of $37,000.00. The withdrawal and the extension and other relief requested in this Motion are sought in good faith and not for the purposes of delay, and SGRO & ROGER should not be forced to work for Mr. Sciara for free.

**III. CONCLUSION**

For the reasons stated above, ANTHONY P. SGRO, ESQ., and JENNIFER WILLIS ARLEDGE, ESQ., of the law firm SGRO & ROGER, request that this Court issue an Order permitting the law firm of SGRO & ROGER, and all of its attorneys who have made appearances on this matter, to withdraw as counsel of record for Plaintiffs CapFund Enterprises, LLC, dba CapFund Financial; Funded, LLC; and Brian Sciara.

December 20, 2021.

**SGRO & ROGER**

/s/ Jennifer W. Arledge

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLDGE, ESQ.
Nevada Bar No. 8729
720 S. Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
*Attorneys for Capfund Enterprises, LLC,
d/b/a CapFund Financial,
Funded, LLC, and Brian Sciara*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 20th day of December 2021, I served a true and correct copy of the foregoing **RENEWED MOTION TO WITHDEAWAL AS COUNSEL OF RECORD FOR PLAINTIFFS CAPFUND ENTERPRISES, LLC, D/B/A CAPFUND FINANCIAL, FUNDED, LLC, AND BRIAN SCIARA** as follows:

☒ Filed electronically via the Court's CM/ECF system and notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

**HOLLAND & HART LLP**
Bryce K. Kunimoto, Esq. - bkunimoto@hollandhart.com
Robert J. Cassity, Esq. - bcassity@hollandhart.com
Jenapher Lin, Esq. - jlin@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorneys for Defendant Stephen Campbell*

I further certify that I served a true and correct copy of the foregoing **RENEWED MOTION TO WITHDEAWAL AS COUNSEL OF RECORD FOR PLAINTIFFS CAPFUND ENTERPRISES, LLC, D/B/A CAPFUND FINANCIAL, FUNDED, LLC, AND BRIAN SCIARA** by United States Postal Service to the following:

**BRIAN SCIARA**
712 Pont Chartrain Drive
Las Vegas, Nevada, 89145

BY /s/ Melissa Heredia
An Employee of Sgro & Roger

6