Peter B. Mortenson, Esq.
Nevada Bar No. 5725
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sciara,*
*Capfund Enterprises, LLC dba*
*Capfund Financial, and Funded, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SCIARA,<br><br>                Plaintiff,<br><br>vs.<br><br>STEPHEN CAMPBELL,<br><br>                Defendants.<br><br>AND ALL RELATED MATTERS. | Lead Case No.: 2:18-cv-01700-DJA<br><br>Consolidated Case No.: 2:21-cv-00309<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR OPPOSITION TO MOTION FOR SANCTIONS AGAINST PLAINTIFF BRIAN SCIARA FOR ADDITIONAL VIOLATIONS OF PROTECTIVE ORDER** |

     BRIAN SCIARA ("Sciara"), CAPFUND ENTERPRISES, INC. dba CAPFUND FINANCIAL ("CapFund"), and FUNDED LLC ("Funded"), by and through their attorneys, the law firm of MORTENSON & RAFIE, LLP, and STEPHEN CAMPBELL ("Campbell") and SPROUT FINANCIAL, LLC ("Sprout"), by and through their attorneys, the law firm of HOLLAND & HART LLP, hereby stipulate and agree to a 14-day extension of the current June 2, 2022 deadline for Sciara/Sciara's counsel to file the Opposition to Defendants' Renewed Motion for Sanctions Against Plaintiff Brian Sciara for Additional Violations of Protective Order (ECF. No. 165), as follows:

1. On March 25, 2022, Plaintiffs completed their review of the forensic examination material and provided Defendants with a privilege log;

2. On May 19, 2022, Defendants filed their renewed Motion for Sanctions Against Plaintiff Brian Sciara for Additional Violations of Protective Order (ECF. No. 165);

3. Plaintiff's Opposition to Defendant's Motion was due on June 2, 2022.

4. The parties have agreed to allow Plaintiff an extension of 14 days, until June 16, 2022, to file his Opposition to Defendant's Motion.

Accordingly, the parties hereby agree and stipulate to extend the current June 2, 2022 deadline by 14 days to **June 16, 2022**.

DATED this 8 day of June, 2022.

**MORTENSON & RAFIE, LLP**

 /s/ Peter B. Mortenson
_____
Peter B. Mortenson, Esq.
Nevada Bar No. 05725
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Plaintiff Brian Sciara and Defendants Capfund Enterprises, Inc., d/b/a Capfund Financial, Funded, LLC, and Brian Sciara*

DATED this 8 day of June, 2022.

**HOLLAND & HART LLP**

 /s/ Jenapher Lin
_____
Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
Jenapher Lin, Esq.
Nevada Bar No. 14233
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorneys for Defendant Stephen Campbell and Plaintiff Sprout Financial, LLC*

**IT IS ~~SO~~ ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 9, 2022

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Mortenson & Rafie, LLP, and on the 8 day of June, 2022, I served the foregoing: *Stipulation and Order to Extend Time for Opposition to Motion for Sanctions Against Plaintiff Brian Sciara for Additional Violations of Protective Order* via the Court's mandatory electronic service system, upon the following:

Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
Jenapher Lin, Esq.
HOLLAND & HART LLP
9555 Hillwood Dr., 2nd Flr
Las Vegas, NV 89134

*/s/ Kevin Chan*
_____
An Employee of Mortenson & Rafie, LLP

**MORTENSON & RAFIE, LLP**
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107