Peter B. Mortenson, Esq.
Nevada Bar No. 5725
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sciara,*
*Capfund Enterprises, LLC dba*
*Capfund Financial, and Funded, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SCIARA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN CAMPBELL,<br><br>　　　　　　　Defendants.<br><br>AND ALL RELATED MATTERS. | Lead Case No.: 2:18-cv-01700-DJA<br><br>Consolidated Case No.: 2:21-cv-00309<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO OPPOSE MOTION FOR SANCTIONS AGAINST PLAINTIFF BRIAN SCIARA FOR ADDITIONAL VIOLATIONS OF PROTECTIVE ORDER** |

　　　　BRIAN SCIARA ("Sciara"), CAPFUND ENTERPRISES, INC. dba CAPFUND FINANCIAL ("CapFund"), and FUNDED LLC ("Funded"), by and through their attorneys, the law firm of MORTENSON & RAFIE, LLP, and STEPHEN CAMPBELL ("Campbell") and SPROUT FINANCIAL, LLC ("Sprout"), by and through their attorneys, the law firm of HOLLAND & HART LLP, hereby stipulate and agree to a 7-day extension of the current June 16, 2022 deadline for Sciara/Sciara's counsel to file the Opposition to Defendants' Renewed Motion for Sanctions Against Plaintiff Brian Sciara for Additional Violations of Protective Order (ECF. No. 165), as follows:

1. On March 25, 2022, Plaintiffs completed their review of the forensic examination material and provided Defendants with a privilege log;

2. On May 19, 2022, Defendants filed their renewed Motion for Sanctions Against Plaintiff Brian Sciara for Additional Violations of Protective Order (ECF. No. 165);

3. Plaintiff's Opposition to Defendant's Motion was due on June 2, 2022.

4. The parties have agreed to allow Plaintiff an extension of 7 days, until June 23, 2022, to file his Opposition to Defendant's Motion.

Accordingly, the parties hereby agree and stipulate to extend the current June 16, 2022 deadline by 7 days to **June 23, 2022**.

DATED this 15 day of June, 2022.                    DATED this 15 day of June, 2022.

**MORTENSON & RAFIE, LLP**                          **HOLLAND & HART LLP**

 */s/ Peter B. Mortenson*                              */s/ Jenapher Lin*
_____                      _____
Peter B. Mortenson, Esq.                             Bryce K. Kunimoto, Esq.
Nevada Bar No. 05725                                 Nevada Bar No. 7781
10781 W. Twain Avenue                                Robert J. Cassity, Esq.
Las Vegas, NV 89135                                  Nevada Bar No. 9779
Ph: 702-363-4190                                     Jenapher Lin, Esq.
Fx: 702-363-4107                                     Nevada Bar No. 14233
Email: manager@nvlaw.us                              9555 Hillwood Drive, 2nd Floor
*Attorney for Plaintiff Brian Sciara and*            Las Vegas, NV 89134
*Defendants Capfund Enterprises, Inc., d/b/a*        *Attorneys for*
*Capfund Financial, Funded, LLC, and Brian*          *Defendant Stephen Campbell and*
*Sciara*                                             *Plaintiff Sprout Financial, LLC*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: __June 16, 2022_____

# **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Mortenson & Rafie, LLP, and on the 15 day of June, 2022, I served the foregoing: *Stipulation and Order for Second Extension of Time to Oppose Motion for Sanctions Against Plaintiff Brian Sciara for Additional Violations of Protective Order* via the Court's mandatory electronic service system, upon the following:

Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
Jenapher Lin, Esq.
HOLLAND & HART LLP
9555 Hillwood Dr., 2nd Flr
Las Vegas, NV 89134

*/s/ Kevin Chan*
_____
An Employee of Mortenson & Rafie, LLP

# Kevin Chan

| | |
|---|---|
| **From:** | Jenapher Lin <JLin@hollandhart.com> |
| **Sent:** | Wednesday, June 15, 2022 11:20 AM |
| **To:** | Kevin Chan |
| **Cc:** | Rick Waltjen; Bryce Kunimoto; Bob Cassity |
| **Subject:** | RE: Sciara v Campbell / SAO for Extension of Time |
| **Attachments:** | 2022-06-15 Stipulation and Order for Second Extension of Time to Oppose Motion for Sanctions.docx |

You may affix my e-signature.  Thanks.



Associate, Holland & Hart LLP
9555 Hillwood Drive, Second Floor, Las Vegas, NV 89134
T 702.222.2571 F 702.823.0229



CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

---

**From:** Kevin Chan <kchan@nvlaw.us>
**Sent:** Wednesday, June 15, 2022 11:19 AM
**To:** Jenapher Lin <JLin@hollandhart.com>
**Cc:** Rick Waltjen <rwaltjen@nvlaw.us>; Bryce Kunimoto <BKunimoto@hollandhart.com>; Bob Cassity <BCassity@hollandhart.com>
**Subject:** RE: Sciara v Campbell / SAO for Extension of Time

<mark>External Email</mark>

Please see the attachment for the changes.

Thank you,



**KEVIN CHAN**
LEGAL ASSISTANT TO
PETER B. MORTENSON, ESQ. &
DARIUS F. RAFIE, ESQ.
10781 WEST TWAIN
LAS VEGAS, NV 89135
PHONE:  702.363.4190
FAX: 702.363.4107

The information contained in this electronic mail message is confidential information that may be covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, intended only for the use of the individual or entity named above, and may be privileged, confidential or otherwise protected disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Any further

distribution of this message is strictly prohibited without the written consent of the sender. If you have received this communication in error, please immediately notify us by telephone (702)-363-4190, and delete the original message. Thank you.

**From:** Jenapher Lin <JLin@hollandhart.com>
**Sent:** Wednesday, June 15, 2022 11:13 AM
**To:** Kevin Chan <kchan@nvlaw.us>
**Cc:** Rick Waltjen <rwaltjen@nvlaw.us>; Bryce Kunimoto <BKunimoto@hollandhart.com>; Bob Cassity <BCassity@hollandhart.com>
**Subject:** RE: Sciara v Campbell / SAO for Extension of Time

Hi Kevin—you might want to add "second extension" somewhere per LRs. Otherwise, you may add my e-signature. Thanks.

Jenapher Lin
Associate, Holland & Hart LLP
9555 Hillwood Drive, Second Floor, Las Vegas, NV 89134
T 702.222.2571  F 702.823.0229




CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Kevin Chan <kchan@nvlaw.us>
**Sent:** Wednesday, June 15, 2022 10:05 AM
**To:** Jenapher Lin <JLin@hollandhart.com>
**Cc:** Rick Waltjen <rwaltjen@nvlaw.us>
**Subject:** Sciara v Campbell / SAO for Extension of Time

**External Email**

Good morning Jenapher,

Please make any changes you deem necessary in the attachment. Otherwise, may we use your e-signature?

Thank you,



KEVIN CHAN
LEGAL ASSISTANT TO
PETER B. MORTENSON, ESQ. &
DARIUS F. RAFIE, ESQ.
10781 WEST TWAIN
LAS VEGAS, NV 89135
PHONE: 702.363.4190
FAX: 702.363.4107

The information contained in this electronic mail message is confidential information that may be covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, intended only for the use of the individual or entity named above, and may be privileged, confidential or otherwise protected disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Any further distribution of this message is strictly prohibited without the written consent of the sender. If you have received this communication in error, please immediately notify us by telephone (702)-363-4190, and delete the original message. Thank you.