1  Bryce K. Kunimoto, Esq.
   Nevada Bar No. 7781
2  Robert J. Cassity, Esq.
   Nevada Bar No. 9779
3  Jenapher Lin, Esq.
   Nevada Bar No. 14233
4  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
5  Las Vegas, NV 89134
   Phone: 702.222.2603
6  Fax: 702.669.4650
   bkunimoto@hollandhart.com
7  bcassity@hollandhart.com
   jlin@hollandhart.com
8
   *Attorneys for Defendant Stephen Campbell and*
9  *Plaintiff Sprout Financial, LLC*

10              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
11

12  BRIAN SCIARA,                           Lead/Base Case No.:
                                               2:18-cv-01700-DJA
13                       Plaintiff,
                                            Consolidated Case No.:
14  v.                                         2:21-cv-00309

15  STEPHEN CAMPBELL,                       **STIPULATION AND ORDER FOR**
                                            **EXTENSION OF TIME TO REPLY TO**
16                       Defendant.         **RESPONSE (ECF No. 181) TO MOTION**
                                            **FOR SANCTIONS (ECF No. 165)**
17
                                                  **(first request)**
18  AND ALL RELATED MATTERS.

19

20       STEPHEN CAMPBELL ("Campbell") and SPROUT FINANCIAL, LLC ("Sprout"),

21  together with BRIAN SCIARA ("Sciara"), CAPFUND ENTERPRISES, INC. D/B/A CAPFUND

22  FINANCIAL ("CapFund"), and FUNDED LLC ("Funded") (collectively, as the "Parties"), by and

23  through their respective counsel of record, the law firms of HOLLAND & HART LLP and

24  MORTENSON & RAFIE, LLP, hereby stipulate and agree (the "Stipulation") (first request) to a

25  ten (10)-day extension of the current July 1, 2022 deadline to July 11, 2022 for Campbell to file his

26  Reply to Response (ECF No. 181) to the Motion for Sanctions (ECF No. 165) as follows:

27       1.      On March 25, 2022, Sciara completed his review of the forensic examination

28  material and provided Campbell with a privilege log;

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2.     On May 19, 2022, Campbell filed his renewed Motion for Sanctions (ECF No. 165);

3.     On June 24, 2022, Sciara filed his Response to the Motion for Sanctions (ECF No. 181);

4.     Campbell's Reply is currently due on July 1, 2022;

5.     The parties have agreed to allow Campbell a ten (10)-day extension to **July 11, 2022** for Campbell to file his Reply; and

6.     This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 29th day of June 2022.

| **HOLLAND & HART LLP** | **MORTENSON & RAFIE, LLP** |
|---|---|
| /s/ *Bryce Kunimoto* | /s/ *Richard Waltjen* |
| Bryce K. Kunimoto, Esq. | Peter B. Mortenson, Esq. (NBN 5725) |
| Robert J. Cassity, Esq. | Richard Waltjen, Esq. (NBN 13416) |
| Jenapher Lin, Esq. | 10781 W. Twain Avenue |
| 9555 Hillwood Drive, 2nd Floor | Las Vegas, NV 89135 |
| Las Vegas, NV 89134 | Telephone: 702.363.4190 |
|  | Fax: 702.363.4107 |
| *Attorneys for Defendant Stephen Campbell and Plaintiff Sprout Financial, LLC* | pmortenson@nvlaw.us |
|  | rwaltjen@nvlaw.us |
|  | morteensonandrafie@nvlaw.us |
|  | *Attorneys for Plaintiff Brian Sciara and Defendants Capfund Enterprises, Inc., d/b/a Capfund Financial, Funded, LLC, and Brian Sciara* |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED:    June 29, 2022

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 29th day of June 2022, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO RESPONSE (ECF No. 181) TO MOTION FOR SANCTIONS (ECF No. 165) (first request)** as follows:

☒ Filed electronically via the Court's CM/ECF system and notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

Peter B. Mortenson, Esq.
Richard Waltjen, Esq.
MORTENSON & RAFIE, LLP
10781 W. Twain Avenue
Las Vegas, NV 89135
pmortenson@nvlaw.us
rwaltjen@nvlaw.us
morteensonandrafie@nvlaw.us

*Attorneys for Plaintiff Brian Sciara and*
*Defendants Capfund Enterprises, Inc.,*
*Funded, LLC, and Brian Sciara*

/s/ Valerie Larsen
An Employee of Holland & Hart LLP

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3